UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | | |
|---|---|---|
| ABDULLAH SALL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 2:20-cv-214 |
| | ) | |
| SARAH FAIR GEORGE, CHITTENDEN COUNTY STATE ATTORNEY'S OFFICE, DA CAPO PUBLISHING INC., CHITTENDEN COUNTY POLICE DEPARTMENT, VERMONT STATE POLICE, CITY OF BURLINGTON, GREATER BURLINGTON YMCA, STATE OF VERMONT, SEVEN DAYS INC., | ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

**ENTRY ORDER**

On November 12, 2020, Plaintiff Abdullah Sall, a Missouri resident representing himself, filed a Complaint in the United States District Court for the District of Massachusetts. On December 14, 2020, Plaintiff's action was transferred to this court because venue did not lie in the District of Massachusetts. Plaintiff alleges that multiple Defendants[1] deprived him of his federal rights by discriminating against him on the basis of race, religion, and national origin in violation of 42 U.S.C. § 1983.

Federal law generally requires a fee for parties seeking to institute "any civil action, suit or proceeding" in federal district court. 28 U.S.C. § 1914(a). Except where the suit is for a writ of habeas corpus, that fee is currently set at $400, comprised of the sum of $350 as required by § 1914(a) plus a $50 administrative fee for filing a civil action as authorized by § 1914(b) and the Judicial Conference of the United States. In cases where a "person is unable to pay such fees or give security therefor[,]" federal law excuses

---

[1] The Clerk's Office is respectfully directed to amend the case caption as above.

prepayment of the filing fee upon submission of an affidavit making the required showing. *See* 28 U.S.C. § 1915(a).

Accordingly, Plaintiff shall either pay the required $400 filing fee or submit an application for leave to proceed *in forma pauperis*, available at https://www.vtd.uscourts.gov/filing-without-attorney-1, on or before January 15, 2021. If Plaintiff fails to comply with this deadline, the Clerk of Court shall close the case.

SO ORDERED.

Dated at Burlington, in the District of Vermont, this 21st day of December, 2020.

Christina Reiss, District Judge
United States District Court